NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1589

TYPHOON TOUCH TECHNOLOGIES, INC.,

Plaintiff-Appellant,

v.

DELL, INC. and LENOVO (UNITED STATES), INC.,

Defendants-Appellees,

and

SAND DUNE VENTURES, INC.,

Defendant-Appellee,

and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,

Defendant-Appellee,

and

FUJITSU AMERICA, INC.
(formerly known as Fujitsu Computer Systems Corporation),

Defendant-Appellee,

and

PANASONIC CORPORATION OF NORTH AMERICA,

Defendant-Appellee,

and

APPLE, INC.,

Defendant-Appellee,

and

HTC AMERICA, INC.,

Defendant-Appellee,

and

PALM, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0546, Judge Leonard Davis.

ON MOTION

ORDER

Typhoon Touch Technologies, Inc. moves for a 21-day extension of time, until December 21, 2009, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Hermant Keeto Sabharwal, Esq.
Edward R. Reines, Esq.
Harold H. Davis, Jr., Esq.
Barton E. Showalter, Esq.
Jonathan M. James, Esq.
Michael M. Markman, Esq.
Daniel S. Ebenstein, Esq.
John Fulton, Jr., Esq.
Irfan A. Lateef, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2009

JAN HORBALY
CLERK

s17

2009-1589                                        2